UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

            v.                          Case No.  05-cr-43-01-SM

<u>Michael Croteau</u>

### O R D E R

Defendant Croteau's motion to continue the final pretrial conference and trial is granted  (document no. 17).   Trial has been rescheduled for the September 2005 trial period.   Defendant Croteau  shall file a waiver of speedy trial rights not later than June 13, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August 31, 2005 at 4:30 p.m.

**Jury Selection**:  September 7, 2005 at 9:30 a.m.

SO ORDERED.


Steven J. McAuliffe
Chief Judge

June 2,  2005

cc:    Stephen T. Jeffco, Esq.
       Mark Howard, AUSA
       US Probation
       US Marshal