UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Case No. 05-cr-43-01-SM

Michael Croteau

O R D E R

Defendant Croteau's motion to continue the final pretrial conference and trial is granted (document 20). Trial has been rescheduled for the November 2005 trial period. Defendant Croteau shall file a waiver of speedy trial rights not later than September 9, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** October 20, 2005 at 3:00 p.m.

**Jury Selection**: November 1, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 31, 2005

cc:   Stephen Jeffco, Esq.
      Mark Howard, AUSA
      US Probation
      US Marshal