UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.    Case No. 05-cr-43-01-SM

Michael R. Croteau

O R D E R

Defendant Croteau's motion to continue the final pretrial conference and trial is granted (document 22). Trial has been rescheduled for the January 2006 trial period. Defendant Croteau shall file a waiver of speedy trial rights not later than October 28, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** December 19, 2005 at 10:00 a.m.

**Jury Selection**: January 4, 2006 at 9:30 a.m.

SO ORDERED.

                                                  _____
                                                  Steven J. McAuliffe
                                                  Chief Judge

October 20, 2005

cc:   Stephen Jeffco, Esq.
       Mark Howard, AUSA
       US Probation
       US Marshal